No. 16-73233

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

**In re: DENNIS L. MONTGOMERY,**

**DENNIS L. MONTGOMERY, Proposed Intervenor,**
*Petitioner,*

v.

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PHOENIX,**
*Respondent,*

**MANUEL DE JESUS ORTEGA MELENDRES; et al.,**
*Real Parties in Interest.*

On Appeal from the United States District Court
for the District of Arizona
2:07-cv-02513-GMS

**NOTICE OF NO POSITION IN RESPONSE TO
PETITION FOR WRIT OF MANDAMUS**

| | |
|---|---|
| Charles J. Cooper | John T. Masterson, Bar #007447 |
| Michael W. Kirk | Joseph J. Popolizio, Bar #017434 |
| COOPER & KIRK, PLLC | Justin M. Ackerman, Bar #030726 |
| 1253 New Hampshire Ave., N.W. | JONES, SKELTON & HOCHULI, P.L.C. |
| Washington, D.C. 20036 | 40 North Central Avenue, Suite 2700 |
| Telephone: (202) 220-9600 | Phoenix, Arizona  85004 |
| Facsimile: (202) 220-9601 | Telephone: (602) 263-1700 |
| ccooper@cooperkirk.com | Facsimile:  (602) 200-7850 |
| mkirk@cooperkirk.com | jmasterson@jshfirm.com |
| | jpopolizio@jshfirm.com |
| | jackerman@jshfirm.com |

Attorneys for Real Party in Interest
Joseph M. Arpaio

5383596.1

Real Party in Interest, Joseph M. Arpaio, hereby gives notice to the Court that he takes no position in response to Petitioner Dennis L. Montgomery's Petition for Writ of Mandamus for Admission of Petitioner's Attorney Pro Hac Vice.

DATED this 4th day of November 2016.

        COOPER & KIRK, PLLC

        By  /s/Charles J. Cooper
             Charles J. Cooper
             Michael W. Kirk
             1253 New Hampshire Ave., N.W.
             Washington, D.C. 20036

        JONES, SKELTON & HOCHULI, P.L.C.

        By:  /s/Justin M. Ackerman
             John T. Masterson
             Joseph J. Popolizio
             Justin M. Ackerman
             40 North Central Avenue, Suite 2700
             Phoenix, Arizona  85004

             Attorneys for Real Party in Interest
             Joseph M. Arpaio

5383596.1

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Notice Of No Position In Response To Petition For Writ Of Mandamus with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on the 4th day of November, 2016.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/Justin M. Ackerman